No. 02–8894. D'SA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–8896. ROSALES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–8907. HINOJOSA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–674. GREINER, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY v. MENDEZ. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 02–798. FABRI-CENTERS OF AMERICA, INC. v. CHAO, SECRETARY OF LABOR. C. A. 6th Cir. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this petition.

No. 01–10998. GILCHRIST v. ALLEN, SUPERINTENDENT, MASSACHUSETTS CORRECTION INSTITUTION-CEDAR JUNCTION, *ante,* p. 875;

No. 02–579. McDERMOTT v. MOORE ET AL., *ante,* p. 1148;

No. 02–694. JOHNSON ET VIR v. EMERALD GREENS PROPERTY OWNERS ASSOCIATION BOARD OF DIRECTORS ET AL., *ante,* p. 1109;

No. 02–6963. KELCH v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante,* p. 1116;

No. 02–7062. MOSS v. HOFBAUER, WARDEN, *ante,* p. 1092; and

No. 02–7260. MOON v. HEAD, WARDEN, *ante,* p. 1124. Petitions for rehearing denied.

No. 02–6743. LYNCH v. NATIONAL CITY MORTGAGE, *ante,* p. 1083. Petition for rehearing denied. JUSTICE BREYER took no part in the consideration or decision of this petition.